UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAIKKA BRENT, *individually and on behalf of all others similarly situated*,
Plaintiff,

-v-

MY GOALS SOLUTIONS INC.,
Defendant.

25-CV-3584 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On October 29, 2026, Defendant My Goals Solutions Inc. moved for a thirty-day stay of this action in order to afford Defendant sufficient time to secure new counsel. (ECF No. 58.) For substantially the reasons set forth in Defendant's letter, the motion to stay is GRANTED. This action is hereby stayed until November 30, 2026. Counsel for Defendant is directed to file a status letter regarding Defendant's efforts to secure new counsel before the stay expires.

Because Defendant is a corporate entity and cannot appear in this action without counsel, *see Zero Point Mgmt. ex rel. Boyce v. Chase Bank/JP Morgan Chase Co.*, No. 25-CV-8413, 2025 WL 3268885, at *1 (S.D.N.Y. Nov. 24, 2025), Defendant is hereby warned that failure to appear through new counsel after its previous counsel has withdrawn may result in the entry of default judgment against Defendant.

Counsel for Defendant is ordered to provide a copy of this Order to Defendant within seven days.

SO ORDERED.

Dated: November 2, 2026
New York, New York

J. PAUL OETKEN
United States District Judge